UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01458-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION**<br><br>(Doc. 22) |

　　　　Christopher Castillo is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 15, 2022, the assigned magistrate judge issued Findings and Recommendations, recommending the action be dismissed for Plaintiff's failure to obey courts orders and for failure to state a claim upon which relief can be granted. (Doc. 22.) Plaintiff has not filed any objections, and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

//

//

Accordingly, **IT IS ORDERED** that:

1. The Findings and Recommendations issued on March 15, 2022 (Doc. 22) are adopted in full;
2. The action is dismissed for Plaintiff's failure to obey court orders and failure to state a claim upon which relief can be granted; and,
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   June 10, 2022                              _____
                                                    SENIOR DISTRICT JUDGE

2